Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
PREPARED FOOD PHOTOS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br>Plaintiff, <br><br>V. <br><br>L & J MEATS, LLC d/b/a MANNING'S MEAT, <br><br>Defendant. | Civil Action No. 2:23-cv-01831-MEMF-JC <br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT FINAL JUDGMENT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTY, AND OTHER EQUITABLE RELIEF** <br><br>DATE: Thursday, June 8, 2023 <br>TIME: 10:00 AM <br>JUDGE: Honorable Maame Ewusi-Mensah Frimpong <br>CTRM: First Street Courthouse, 350 W. 1st Street, Courtroom 8B, 8th Floor, Los Angeles, CA 90012 |

PLEASE TAKE NOTICE that, on June 8, 2023 at 10:00 AM, Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), will move in the United States Courthouse for the Central District of California, Western Division, First Street Courthouse, 350 W. 1st Street, Courtroom 8B, 8th Floor, Los Angeles, CA 90012, pursuant to Federal Rule of Civil Procedure 55(b), for an order of final judgment by default, permanent injunction, civil monetary penalty and other equitable relief against Defendant L & J Meats, LLC d/b/a Manning's Meat ("Defendant").

This Motion for Default Final Judgment, Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief is based upon the Memorandum in Support of the Motion and the Declaration of Rebecca Jones. The Plaintiff also submits herewith a proposed order granting the requested relief. To date, the Defendant in this action has failed to plead, answer, or otherwise defend the action.

Dated: May 2, 2023.                          By: /s/ Scott Radcliffe_____
                                             SCOTT E. RADCLIFFE
                                             Attorney for Plaintiff
                                             Prepared Food Photos, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed (1) Plaintiff's Notice of Motion and Motion for Default Final Judgment; (2) Plaintiff's Motion

for Default Judgment; (3) Declaration of Rebecca Jones; and (4) Proposed Order Granting Plaintiff's Motion for Default Final Judgment with the Clerk of the Court for the U.S. District Court for the Central District of California, using CM/ECF, which will electronically serve all counsel of record and a copy served via U.S. Mail to L & J Meats, LLC d/b/a Manning's Meats, 14015 Barnett Ln., Eastvale, CA 92880.

/s/ Scott Radcliffe___
Scott Radcliffe, Esq.