FILED
CLERK, U.S. DISTRICT COURT
07/06/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

Dear Honorable Judge and Court,

Case#2:23-cv-01831-MEMF-JC
Prepared Food Photos, Inc. v. L&J Meats, LLC.

I regrettably lack the legal knowledge to effectively represent myself in court.

However, due to my limited understanding of legal procedures and my financial situation, I find myself in a challenging position that greatly hampers my ability to navigate this case successfully.

I am unable to afford the services of an attorney to represent me during the upcoming proceedings. The expenses associated with hiring legal counsel are beyond my means, and I face significant difficulty in securing adequate representation for my case without an undue financial burden on myself. Considering these circumstances, I kindly request guidance from the court on how I should proceed, considering my limitations.

The court has already dismissed this case before.

Manning's Meat is a brand and ecommerce store that would sell meat/steaks online. As of May 2023, Manning's Meat/ ecommerce store has been completely closed and non-operational due to the high inflation and No revenue.

Now prepared foods and their legal team are coming after L & J Meat.

L & J Meat is a trading company. This was my father's company. Since my father demise last year in January, I have been actively trying to continuity. Despite my best efforts, I find myself facing numerous challenges due to the recent inflation plus supply and demand. The meat trading industry has resulted in a significant decline in profitability.

Bottom line, this lawsuit is about a (Single) image/photo that prepared foods is claiming was use on the Manning's Meat website which has already been dismissed from the courts and is non-operational. I don't see how this has anything to do with L & J Meats.

Sincerely,

Heather Manning