Lauren M. Hausman (CA Bar No. 349514)
COPYCAT LEGAL PLLC
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorneys for Plaintiff
PREPARED FOOD PHOTOS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PREPARED FOOD PHOTOS, INC., | Civil Action No. 2:23-cv-01831-MEMF-JC |
|---|---|
| Plaintiff, | |
| V. | **[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO APPEAR VIA ZOOM AT DEFAULT JUDGMENT HEARING** |
| L & J MEATS, LLC d/b/a MANNING'S MEAT, | |
| Defendant. | |

THIS CAUSE is before the Court upon plaintiff Prepared Food Photos, Inc.'s Motion to appear via zoom at the Default Judgment Hearing on September 21, 2023 [D.E. __]. Having considered the Motion and the record in this matter, it is ORDERED AND ADJUDGED as follows:

1.     The Motion is GRANTED. Plaintiff's counsel is permitted to attend the Default Judgment Hearing on September 21, 2023 at 10:00 a.m. via Zoom, or some other remote means.

DONE AND ORDERED in Chambers in Los Angeles, California this ___ day of _____, 2023.

                                                          _____
                                                          Maame Ewusi-Mensah Frimpong
                                                          United States District Judge