# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | LA CV 23-01831-MEMF-(JCx) |
| Title | Prepared Food Photos, Inc. v. L&J Meats, LLC. |
| Date | September 21, 2023 |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

Charles A. Rojas
Courtroom Deputy Clerk

Myra Ponce
Court Reporter

Attorneys Present for Plaintiff:
Lauren M. Hausman (VIA ZOOM)

Attorneys Present for Defendant:
Heather Manning (Pro Se)
(VIA ZOOM)

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

    Case called. Court and counsel confer re: Motion for Default Judgment against Defendant L&J Meats, LLC d/b/a Mannings Meat filed by Plaintiff Prepared Food Photos, Inc., [15] and Motion for Default Final Judgment, Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief filed by Plaintiff Prepared Food Photos, Inc., [16]. The Motions for Default Judgment are DENIED without prejudice.

    The Court refers the matter to the assigned magistrate judge for settlement conference. Parties are ordered to contact the Courtroom Deputy Clerk for the assigned magistrate judge by October 20, 2023, regarding settlement conference.

: .12

Initials of Deputy Clerk    cr